POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Joseph R. Manning, Jr SBN #223381 <br> MANNING LAW APC <br> 20062 SW Birch St #200 <br> Newport Beach, CA 92660 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 949-200-8755  FAX NO. (Optional): 866-843-8308 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Plaintiff Carmen John Perri an individual | |

UNITED STATES DISTRICT COURT

BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: Carmen John Perri, an individual

DEFENDANT/RESPONDENT: Pom Pom Partnership, a partnership

CASE NUMBER: 2:20 cv 04869- ODW-PD

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: ADAA-S.545

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Certification and Notice of Interested Parties, Notice of Assignment, Notice to Parties of Court Directed ADR Program, Civil Minutes- General, Notice to Parties ADA Disability Access Litigation Application for Stay and Early Mediation Proposed Order
3. a. Party served *(specify name of party as shown on documents served):*

   Pom Pom Partnership, a partnership

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   1227 W Valley Blvd #105 Alhambra CA 91803
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*
   b. [✓] **by substituted service.** On *(date):* 6/25/2020  at *(time):* 12:35 PM  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   John Doe - person on charge at business ( apparently owner) authorized to accept ( Asian male 50+yrs old short black hair brown eyes 5' 7' 185 lbs)
      (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 6-26-20 from *(city):* Anaheim CA  or [ ] a declaration of mailing is attached.
      (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2 <br> Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Carmen John Perri, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Pom Pom Partnership, a partnership | 2:20 cv 04869 -ODW-PD |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:   (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ✓ On behalf of *(specify)*: Pom Pom Partnership, a partnership
   under the following Code of Civil Procedure section:
   - ☐ 416.10 (corporation)
   - ☐ 416.20 (defunct corporation)
   - ☐ 416.30 (joint stock company/association)
   - ✓ 416.40 (association or partnership)
   - ☐ 416.50 (public entity)
   - ☐ 415.95 (business organization, form unknown)
   - ☐ 416.60 (minor)
   - ☐ 416.70 (ward or conservatee)
   - ✓ 416.90 (authorized person)
   - ☐ 415.46 (occupant)
   - ☐ other:

7. **Person who served papers**
   a. Name: Adriana M Achucarro
   b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
   c. Telephone number: 949-305-9108
   d. The fee for service was: $ 69
   e. I am:
   
   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ✓ a registered California process server:
     (i) ☐ owner ☐ employee ✓ independent contractor.
     (ii) Registration No.: 2898
     (iii) County: Orange

8. ✓ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I **am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 7/2/2020

Adriana M Achucarro
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Carmen John Perri, an individual

    PLAINTIFF(S)

vs

Pom Pom Partnership, a partnership

    DEFENDANT(S)

CASE NUMBER

2:20 cv 04869

DECLARATION OF DUE DILIGENCE

I served Summons, Complaint, Case Cover Sheet Certification and Notice of Interested Parties, Notice of Assignment, Notice to Parties of Court Directed ADR Program, Civil Minutes- General, Notice to Parties ADA Disability Access Litigation Application for Stay and Early Mediation Proposed Order

SUBSTITUTE SERVICE PERSUANT TO C.C.P. 415.20 (a) (b), Pom Pom Partnership, a partnership

By leaving with a person at least 18 years of age: John Doe - person on charge at business (apparently owner) authorized to accept (Asian male 50+yrs old short black hair brown eyes 5 7' 185 lbs)

Date: 6/25/2020    Time: 12:35 PM

Address and City where served:    1227 W Valley Blvd #105 Alhambra CA 91803 ( Bistro Xia's)
Address were service was first attempted: 1245 w Valley Blvd Alhambra CA 91803- ( partnership address)

On 6/26/2020 mailed a copy from Anaheim CA to the above address by first class mail postage fully prepaid. The substitute service was made only after making the following attempts to serve the defendant(s) personally.

## CERTIFICATE OF REASONABLE DILIGENCE

ON THE FOLLOWING DATE AND TIMES, I FIRST ATTEMPTED TO MAKE A PERSONAL    SERVICE BUT WAS UNABLE FOR THE REASONS AS SHOWWS:

6/10/2020: 3:15 PM  No such 1245 W Valley Blvd address. According to a tenant there is a mail drop for landlords but not an office.

6/17/2020    4:45 PM    Business closed

6/24/2020    5:59 PM    Business closed

6/25/2020    12:35 PM    Documents left at business with John Doe - person on charge at business (apparently owner) authorized to accept ( Asian male 50+yrs old short black hair brown eyes 5 7' 185 lbs)

Executed on 7/2/2020 at ANAHEIM, CA

SIGNATURE

Adriana M Achucarro / R.T.O.T. Inc.
PSC# 2898/ Orange COUNTY
2390 E ORANGEWOOD AVE #530. ANAHEIM, CA 92806
(949) 305-9108